**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEVE DUDLEY and BETH DUDLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>PUTNAM INVESTMENT FUNDS and PUTNAM INVESTMENT MANAGEMENT, LLC,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL NO. 03-853-GPM<br>)<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**. The issues having been heard, and a decision having been rendered,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' claims in the original complaint are **DISMISSED with prejudice** pursuant to the Mandate of the United States Court of Appeals for the Seventh Circuit issued on May 11, 2005. *Doc. 42.* The parties shall bear their own costs.

**DATED**: 6/1/05

                                            NORBERT G. JAWORSKI, CLERK

                                            By:  s/ Linda M. Cook
                                                 Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
                    G. PATRICK MURPHY
                    CHIEF U.S. DISTRICT JUDGE