# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

July 14, 2005

**By the Court:**

| | |
|---|---|
| ROBERT POTTER, EDNA GRENCH and DOROTHY LUETTINGER, individually and on behalf of all others similarly situated,<br>    Plaintiffs-Appellants,<br><br>No. 05-2895        v.<br><br>JANUS INVESTMENT FUND, JANUS CAPITAL MANAGEMENT LLC, SCUDDER INTERNATIONAL FUND, INC., et al.,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 03 C 692<br>]<br>] David R. Herndon,<br>]     Judge. |
| STEVE DUDLEY and BETH DUDLEY, individually and on behalf of all others similarly situated,<br>    Plaintiffs-Appellants,<br><br>Nos. 05-2896 and 05-2911    v.<br><br>PUTNAM INTERNATIONAL EQUITY FUND and PUTNAM INVESTMENT MANAGEMENT, LLC,<br>    Defendants-Appellees. | ] Appeals from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] Nos. 03 C 852<br>]      03 C 853<br>]<br>] G. Patrick Murphy,<br>]     Chief Judge. |
| GARY VOGELER,<br>    Plaintiff-Appellant,<br><br>No. 05-2912        v.<br><br>COLUMBIA WANGER ASSET MANAGEMENT L.P. and COLUMBIA ACORN TRUST,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 03 C 843<br>]<br>] David R. Herndon,<br>]     Judge. |

- over -

Nos. 05-2895, 05-2896, 05-2911, 05-2912,
    05-2981 and 05-3011                                      Page 2

| | |
|---|---|
| AVERY JACKSON,<br>    Plaintiff-Appellant,<br><br>No. 05-2981         v.<br><br>VAN KAMPEN SERIES FUND, INC. and<br>VAN KAMPEN INVESTMENT ADVISORY<br>CORPORATION,<br>    Defendants-Appellees. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 04 C 56<br>]<br>] David R. Herndon,<br>]     Judge. |
| TERRY SPURGEON, as Custodian for<br>the Benefit of James E. Spurgeon,<br>individually and on behalf of all<br>others similarly situated,<br>    Plaintiff-Appellant,<br><br>No. 05-3011         v.<br><br>PACIFIC LIFE INSURANCE COMPANY,<br>    Defendant-Appellee. | ] Appeal from the United<br>] States District Court for<br>] the Southern District of<br>] Illinois.<br>]<br>] No. 04 C 355<br>]<br>] Michael J. Reagan,<br>]     Judge. |

O R D E R

    The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

    The briefing schedule is as follows:

1.     The plaintiffs-appellants shall file a single consolidated brief and required short appendix on or before August 22, 2005.

2.     The defendants-appellees shall file a single, consolidated brief on or before September 21, 2005.

3.     The plaintiffs-appellants shall file a single consolidated reply brief, if any, on or before October 5, 2005.

NOTE: Counsel should note that the digital copy of the brief required by Circuit Rule 31(e) must contain the entire brief from cover to conclusion. The language in the rule that "[t]he disk contain nothing more than the text of the brief..." means that the disk must not contain other files, not that tabular matter or other sections of the brief not included in the word count should be omitted. The parties are advised that Federal Rule of Appellate Procedure 26(c), which allows for three additional days after service by mail, does not apply when the due dates of briefs are set by order of this court. All briefs are due by the dates ordered.